■ In the Matter of the Accounting of BERNARD CAMPBELL, as Executor of MILDRED J. CRAWFORD, Deceased, Appellant. LEON F. CRAWFORD, Respondent. — Order unanimously affirmed, with costs, for reasons stated in the memorandum decision at Surrogate's Court, Dugan, S. (Appeal from order of Yates

County Surrogate's Court, Dugan, S. — accounting.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.